IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 09-471-3 |
| JESUS JORGE RODRIGUEZ DOMINGUEZ<br>USM# 66701-280 | : |

### ORDER

AND NOW this _____ day of _____, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 76 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable Paul S. Diamond
United States District Court Judge